IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ERIK CARTER,

    Plaintiff,

vs.               No.  04cv0776 JB/LFG

ARIZONA PUBLIC SERVICE COMPANY and
HARCO CORPORATION d/b/a PATENT CONSTRUCTION
SYSTEMS,

    Defendants,

and

ARIZONA PUBLIC SERVICE COMPANY,

    Cross-Claimant,

vs.

HARSCO CORPORATION d/b/a PATENT CONSTRUCTION
SYSTEMS,

    Cross-Defendant.

## CERTIFICATE OF SERVICE

COMES NOW, the undersigned attorney and hereby certifies that Cross-Claimant Arizona Public Service Company's Requests for Admissions to Cross-Defendant Patent Constructions Systems were mailed to Gregory D. Steinman at Madison, Harbour, Mroz & Brennan, P.A., P.O. Box 25467, Albuquerque, NM 87125-5467, with copies mailed to The Fine Law Firm c/o Bradford K. Goodwin, Esq., 220 9th St., NW, Albuquerque, New Mexico 87102 and David Bunting at Rodey, Dickason, Sloan, Akin & Robb, P.A., P. O. Box 1888, Albuquerque, NM  87103-1888 on this 29th day of April 2005.

EATON LAW OFFICE, P.C.

By *-electronically signed by P. Scott Eaton-*
P. SCOTT EATON
Attorneys for Cross-Claimant APS
P. O. Box 25305
Albuquerque, New Mexico 87125
Telephone: (505) 243-1486
Facsimile: (505) 842-0485

I HEREBY CERTIFY that a true and correct
copy of this pleading was mailed to:

Gregory D. Steinman
Madison, Harbour, Mroz & Brennan, P.A.
P.O. Box 25467
Albuquerque, NM 87125-5467

Bradford K. Goodwin
Fine Law Firm
220 9th St. NW
Albuquerque, NM 87102-3026

David Bunting
Rodey, Dickason, Sloan,
 Akin & Robb, P.A.
P. O. Box 1888
Albuquerque, NM  87103-1888

this 29th  day of April 2005.

*-electronically signed by P. Scott Eaton-*