IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 29 2005

MATTHEW J. DYKMAN
CLERK

ERIK CARTER

    Plaintiff,

vs.

    No. CIV 04-776 JB/LFG

ARIZONA PUBLIC SERVICE
COMPANY and HARSCO
CORPORATION, d/b/a PATENT
CONSTRUCTION SYSTEMS,

    Defendants,

and

ARIZONA PUBLIC SERVICE COMPANY,

    Cross-Claimant/Third Party Plaintiff,

vs.

HARSCO CORPORATION, d/b/a PATENT
CONSTRUCTION SYSTEMS and RILEY INDUSTRIAL SERVICES, INC.,

    Cross-Defendant and Third-Party Defendant.

**UNOPPOSED MOTION TO
DISMISS CROSS-CLAIM**

The cross-defendant, Harsco Corporation, by and through its counsel of record, Madison, Harbour, Mroz & Brennan, P.A., hereby moves the Court to dismiss the cross-claim against it.

As grounds for this motion, the cross-defendant states:

1. This lawsuit has now been settled in its entirety and a controversy no longer exists between any party to this lawsuit.

2. Counsel for all other parties concur in this motion.

WHEREFORE, Cross-Defendant respectfully request that all cross-claims that were or could have been brought against it in this matter be dismissed with prejudice and that each party to the cross-claim bear its own costs and attorneys fees.

MADISON, HARBOUR, MROZ & BRENNAN, P.A.

_____
Gregory D. Steinman, Esq.
P.O. Box 25467
Albuquerque, New Mexico 87125-5467
(505) 242-2177

*Attorneys for Cross-Defendant Harsco Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was mailed, postage pre-paid, on this 26th day of August, 2005 to:

Bradford K. Goodwin, Esq.
Fine Law Firm
220 Ninth Street, NW
Albuquerque, NM 87102

David W. Bunting, Esq.
Rodey Dickason Sloan Akin & Robb PA
PO Box 1888
Albuquerque, NM 87103

P. Scott Eaton, Esq.
P.O. Box 25305
Albuquerque, NM 87125-5305

_____
Gregory D. Steinman, Esq.

N:\05505\04001\PLG\GDS Mo. to Dismiss Cross-claim.doc